BRIAN C. SHAPIRO
ATTORNEY AT LAW 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4712
TEL: 562/868-5886
FAX: 562/868-5491
E-MAIL: brian_rohlfing.office@speakeasy.net

Attorney for LUCINA M. RAMIREZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LUCINA M. RAMIREZ,<br><br>        Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant | Case No.: CV 09-6278 (FFM)<br><br>(~~PROPOSED~~) ORDER |

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE: 2/22/10

_____
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE